IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MIRIAM A. MABRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:03CV848 |
| ) | |
| THE WESTERN AND SOUTHERN ) | |
| LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, the Court will view Plaintiff's Response [Document #29] as an Amendment to her Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a). As a result, and for the reasons discussed in the Memorandum Opinion, Defendant's Motion to Dismiss [Document #26] will be DENIED, without prejudice to Defendant raising its contentions as part of a motion for summary judgment after a reasonable period for discovery as provided by the Local Rules.

This, the 1st day of December, 2005.

/s/ James A. Beaty
United States District Judge