IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MIRIAM A. MABRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:03CV848 |
| | ) | |
| THE WESTERN & SOUTHERN | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| DAVIS LYONS, ROBERT CRUMPTON, | ) | |
| and VIVIAN YOUNG, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER AND JUDGMENT
BY REASON OF SETTLEMENT</u>

This matter is before the Court following a Settlement Conference in this case, at which the parties reached a full settlement, the terms of which were placed on the record. Therefore, it is not necessary that the action remain upon the docket of the Court.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED, and any pending motions are DENIED AS MOOT. The parties are directed to submit a Stipulation of Dismissal as soon as practicable, and this Court retains complete jurisdiction over this matter as may be necessary to effect the terms of the settlement or address any additional matters that may be raised.

This, the 15th day of March, 2007.

United States District Judge